UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR CRUZ DIAZ,
v.
CLAIRE STORES, INC.

CASE NUMBER: 98-1598 (DRD)

## ORDER

The instant case was removed on June 1, 1998. (Docket No. 1). The Defendant, Claire Stores, Inc., filed an Answer on that same date. (Docket No. 2). On June 8, 1998, Defendant submitted certified translations. (Docket No. 3). The record does not show another docket entry in over two years and not one filing by Plaintiff. Therefore, the Court hereby **ORDERS** Plaintiff to **SHOW GOOD CAUSE by July 31, 2000**, why this case should not be dismissed for lack of prosecution. Failure to comply with this Order shall result in dismissal of this case. **NO EXTENSIONS SHALL BE GRANTED.**
**IT IS SO ORDERED.**

Date: July 17, 2000

P:\PEACHORD ERS\98-1598 OSC

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:         EOD:

By: ___   # 4