UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR CRUZ DIAZ,
v.
CLAIRE STORES, INC.

CASE NUMBER: 98-1598 (DRD)

## ORDER

On July 17, 2000, the Court issued an Order which reads as follows:

> The instant case was removed on June 1, 1998. (Docket No. 1). The Defendant, Claire Stores, Inc., filed an Answer on that same date. (Docket No. 2). On June 8, 1998, Defendant submitted certified translations. (Docket No. 3). The record does not show another docket entry in over two years and not one filing by Plaintiff. Therefore, the Court hereby **ORDERS** Plaintiff to **SHOW GOOD CAUSE by July 31, 2000**, why this case should not be dismissed for lack of prosecution. Failure to comply with this Order shall result in dismissal of this case. **NO EXTENSIONS SHALL BE GRANTED**.

(Docket No. 4). The Plaintiff has failed to respond. Therefore, the Court hereby **DISMISSES** this case **WITH PREJUDICE** for Plaintiff's Unjustified inactivity in the prosecution of this case, and failure to comply with the Court's unambiguous Order.
**IT IS SO ORDERED.**

Date: August 1, 2000

P:\PEACHORD ERS\98-1598 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 AUG -2 AM 7:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:          EOD:

By: np    # 5