UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR CRUZ DIAZ,
v.
CLAIRE STORES, INC.

CASE NUMBER: 98-1598 (DRD)

## JUDGMENT

In accordance with the Order of this same date, this case is hereby **DISMISSED WITH PREJUDICE** for Plaintiff's unjustified inactivity in the prosecution of this case, and failure to comply with the Court's unambiguous Order.
**IT IS SO ADJUDGED AND DECREED.**

Date: August 1, 2000

P:\PEACHORD ERS\98-1598 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge



Rec'd:     EOD:

By:     #