IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR CRUZ DIAZ                        SEPTEMBER 10, 2001

Plaintiff                                CIVIL: NO. 98-1598(DRD)

v.

CLAIRE STORES, INC.

Defendant

---

BY ORDER OF THE COURT, the Initial Scheduling Conference set for September 4, 2001, is hereby rescheduled for October 25, 2001 at 5:00 PM.

*signature*
OMAR FLAQUER
COURTROOM DEPUTY CLERK

s/c: Counsel of record