UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: October 25, 2001
CIVIL NO. 98-1598 (DRD)
LAW CLERK: Ronald D. Swanson-Cerna, Esq.

---

HECTOR CRUZ DIAZ                              Attorney:
   Plaintiff,                              Gregorio LIMA
                                              Luis ABREU

v.

CLAIRE STORES, INC.,                          Vicente ANTONETTI
   Defendant.

---

     An INITIAL SCHEDULING CONFERENCE could not be fully held today. The parties advised the Court as to the status of the case.

1)    The Plaintiff is currently an active duty soldier in the United States Army Reserve, assigned to the 741st Adjutant General Company. Plaintiff has requested a temporary paralyzation of this case pursuant to the Soldiers' and Sailors' Civil Relief Act, 50 U.S.C. App. § 525. As support the Plaintiff has submitted a letter from Michael Mercado, Unit Administrator, Department of the Army, dated October 25, 2001, a copy of which is attached to these Minutes. Said request is granted.

2)    The Court notes that Plaintiff has not filed an ISC Memo. Plaintiff's counsel explained that due to the Plaintiff being called to active duty, he has been unable to communicate directly with his client to be able to prepare the ISC Memo. Plaintiff is instructed to submit the ISC Memo as soon as is practicable.

3)    The Court further notes that Mr. Luis Abreu, Calle Nueva E-7, Villa Clementina, Guaynabo PR, 00969 (tel.: 720-4016), has appeared today on behalf of the Plaintiff. The Clerk is instructed that all further correspondence is to be forwarded to all three attorneys of record noted above.

4)    The Initial Scheduling Conference is rescheduled for **January 30, 2002, at 4:30 PM**.

     The parties are *strongly* encouraged to explore all settlement possibilities.

s/c: Counsel of record

P:\RDSC\Cases\98-1598\Minutes of ISC.wpd

DANIEL R. DOMINGUEZ
DISTRICT JUDGE