UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR CRUZ DIAZ
   Plaintiff,

v.                                                                                  CIVIL NO. 98-1598 (DRD)

CLAIRE STORES, INC.,
   Defendant.

### ORDER

     A Status Conference originally scheduled for tomorrow, has been reset, upon request of the parties. The parties indicate they are close to settlement, and have requested an additional fifteen (15) days to advise whether they have reached settlement. The new conference date is thus set for **February 20, 2002, at 4:30 PM.** If the parties reach settlement prior to the Conference, they are to notify the Court immediately so a decision can be made on whether the Conference will be held as rescheduled.

     IT IS SO ORDERED.

Date: January 28, 2002                                             DANIEL R. DOMINGUEZ
                                                                                         U.S. District Judge

s/cs:to ( 4 )
attys/pts
in ICMS

2/1/02

P:\RDSC\Cases\98-1598\Continuance.wpd