

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR CRUZ DIAZ
  Plaintiff,

v.                                              CIVIL NO. 98-1598 (DRD)

CLAIRE STORES, INC.,
  Defendant.

## ORDER and JUDGMENT

The parties have jointly filed a Motion for Voluntary Dismissal in this case (Docket # 23). The agreement is **ACCEPTED** by the Court in its totality, subject to the terms and conditions as set forth in the confidential Settlement Agreement, and this case is **DISMISSED with prejudice.** The Court retains jurisdiction for compliance purposes.

**IT IS SO ADJUDGED AND DECREED.**

DATE: April 23, 2002                DANIEL R. DOMINGUEZ
                                    U.S. District Judge

P:\RDSC\Cases\1998-1598\Vol Dismissal- Settlement.wpd